```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                    CASE NO. 05 B 27623
      DANIEL T. ANDRASCHKO
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

              Debtor
        SSN XXX-XX-3149
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/12/05 and confirmed on 09/19/05.

2. The case was dismissed after confirmation, 10/31/2008.

3. The Debtor paid a total of $ 10728.10 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3334.00 | .00 | 1215.15 |
| CAPITAL ONE BANK | UNSECURED | 734.89 | .00 | 267.86 |
| FIRST BANK VISA | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | UNSECURED | 15017.35 | .00 | 5473.39 |
| ROUNDUP FUNDING LLC | UNSECURED | 2633.99 | .00 | 960.01 |
| GREENTREE | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 21720.23 | .00 | 21720.23 |
| PRINCIPAL PAID | .00 | .00 | 7916.41 | .00 | 7916.41 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 7916.41 | .00 | 7916.41 |

The Debtor's attorney, TIMOTHY K LIOU              , was allowed $ 2700.00 and was paid $ 325.80 direct and $ 2374.20 through the plan.

The Trustee received $ 437.49 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
    Dated: 01/13/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 05 B 27623 DANIEL T. ANDRASCHKO